IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

:SHEILA-E.-ROBERTS, et al.,

        Plaintiffs,                No. 2:12-cv-01818 MCE KJN PS

        v.

PEOPLE'S CHOICE HOME LOAN, INC., et al.,

        Defendants.           <u>ORDER</u>
_____/

        On August 10, 2012, plaintiffs filed a document requesting to "withdraw" this case, citing Federal Rule of Civil Procedure 41(a) (Dkt. No. 5).  The court construes plaintiffs' filing as a notice of voluntary dismissal of this case without prejudice filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), which effectuated the dismissal of this case upon filing and without a court order.  Accordingly, IT IS HEREBY ORDERED that the Clerk of Court is directed to close this case and vacate all dates.

        IT IS SO ORDERED.

DATED: August 15, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1